COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-19-00116-CV |
| Style: | Billy Helveston, Reliable Business Resources, LLC, Kevin Nguyen, Robert Bowers, and ALBA EDM, Inc. v. BSL Industries Inc. and Pacific Manufacturing Inc. |
| Date motion filed*: | July 23, 2019 |
| | E. Christopher Murray's Motion for Admission Pro Hac Vice |
| Parties filing motion: | Appellees BSL Industries Inc. and Pacific Manufacturing Inc.'s counsel E. Christopher Murray |
| Document to be filed: | Motion in Support by Texas Resident Attorney Richard F. Whiteley |

Is appeal accelerated?    Yes (interlocutory).

Ordered that motion is:

☐ Granted

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: _ The motion for admission pro hac vice by non-resident attorney E. Christopher Murray is **denied without prejudice** to refiling with the required motion in support by Richard F. Whiteley or another Texas resident attorney. *See* TEX. RULES GOVERN. BAR ADM'N XIX(b) (2015) ("The motion of the non-resident attorney seeking permission to participate in Texas proceedings *must be accompanied* by motion of the resident practicing Texas attorney with whom the non-resident attorney will be associated in the proceeding of a particular cause.") (emphasis added).

Judge's signature: ____/s/ Laura C. Higley_____

　　　　　　　　　☑ Acting individually　　☐ Acting for the Court

Date: ___July 25, 2019_____